■   In the Matter of PETER F. VALLONE, Respondent-Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents, and HERMAN BADILLO, Appellant-Respondent.—

Christ, P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.